UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEVLON CHAMBERS**,

        Plaintiff,

Case No. 15-cv-10654

v.

Hon. Mark A. Goldsmith

**TRI-DIM FILTER CORPORATION,**

        Defendant.

---

**GOLD STAR LAW, P.C.**
**CAITLIN E. MALHIOT (P76606)**
**MAIA E. JOHNSON (P40533)**
Attorneys for Plaintiff
2701 Troy Center Dr., Ste. 400
Troy, MI 48084
(248) 275-5200
cmalhiot@goldstarlaw.com
mjohnson@goldstarlaw.com

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Devlon Chambers, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

    For the Plaintiff:

    GOLD STAR LAW, P.C.

    /s/ *Caitlin E. Malhiot*
    Caitlin E. Malhiot P76606
    2701 Troy Center Dr., Ste. 400
    Troy, MI 48084
    (248) 275-5200

Date: March 25, 2015    cmalhiot@goldstarlaw.com

## **CERTIFICATE OF SERVICE**

     I, Kristen Key, certify that on March 25, 2015 I served the foregoing to the Defendant by USPS First Class Mail, with the envelope addressed to:

    Tri-Dim Filter Corporation
    30600 Telegraph Rd., Ste. 2345
    Bingham Farms, MI 48025

                                                  /s/ *Kristen Key*
                                                         Kristen Key
                                                            Paralegal
                                                   Gold Star Law, P.C.